SAMUEL V. PARSONS et al., Respondents, *v.* THE CITY BANK, Appellant.

ARGUED and decided with *Davison v. The City Bank (ante,* p. 81).